IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00432-WYD-MEH

R & D FILM 1, LLC, a California Limited Liability Company,

      Plaintiff,

v.

DOES 1-50,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2013.**

      Before the Court is Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference and Memorandum of Law [filed February 15, 2013; docket #2]. For the same reasons expressed to Plaintiff's counsel at the motion hearing on March 18, 2013 in *Zambezia Film (Pty.) Ltd. v. Does 1-76*, 13-cv-00396-WYD-MEH, the motion is **denied without prejudice** with leave to re-file once the Plaintiff modifies the list of Defendants accordingly.