IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00432-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 1-25,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal filed on July 10, 2013 (ECF No. 20), it is

ORDERED that Defendant Doe Nos. 16 and 19 are **DISMISSED WITH PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  July 18, 2013

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge