IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00432-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 1-15, 17-18, 20-25,

    Defendants.

## ORDER

In accordance with the Notices of Dismissal filed on August 7 and 9, 2013 (ECF Nos. 23 and 24), it is

ORDERED that Defendant Doe Nos. 5, 15 and 21 are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and shall hereafter be taken off the caption.

Dated:  August 14, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge