IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00432-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

      Plaintiff,

v.

DOES 1-4, 6-14, 17-18, 20, 22-25,

      Defendants.

---

## ORDER

---

      In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i) on September 16, 2013 (ECF No. 28), it is

      ORDERED that Defendant Doe No. 9 is **DISMISSED WITH PREJUDICE**, and

shall hereafter be taken off the caption.

      Dated:  September 17, 2013

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior United States District Judge