IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00432-WYD-MEH

R&D Film 1, LLC, a California Limited Liability Company,

    Plaintiff,

v.

DOES 1-4, 6-8, 10-14, 17-18, 20, 22-25,

    Defendants.

## ORDER

In accordance with the Notice of Dismissal of Case filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on September 20, 2013 (ECF No. 30), it is

ORDERED that case is **DISMISSED WITHOUT PREJUDICE** as to the remaining Defendants.

Dated:  September 23, 2013

                                                        BY THE COURT:

                                                        s/ Wiley Y. Daniel
                                                        Wiley Y. Daniel
                                                        Senior United States District Judge